**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Printing Service Company,

        Plaintiff,

        v.                           Case No. 1:09CV835

Graphic Communications             Judge Michael R. Barrett
Conference of the International
Brotherhood of Teamster, Local
508 of District Council 3,

        Defendant.

## ORDER

This matter is before the Court following remand from the Sixth Circuit Court of Appeals.  (Doc. 18.)  Accordingly, it is hereby **ORDERED** that:

1.     Printing Service's Motion for Summary Judgment to vacate the arbitration award (Doc. 9) is **DENIED**; and

2.     The Union's Motion for Summary Judgment to enforce the arbitration award (Doc. 10) is **GRANTED**.

3.     The decision issued by Arbitrator Mollie H. Bowers on August 20, 2009 is **REINSTATED**.

4.     This matter shall remained **CLOSED**.

**IT IS SO ORDERED.**

                          */s/ Michael R. Barrett*
                          Michael R. Barrett, Judge
                          United States District Court